## JORDAN v. FIRST NATIONAL BANK OF INDE-PENDENCE, KAN.

No. 3977.   Opinion Filed July 20, 1915.

(150 Pac. 882.)

**APPEAL AND ERROR—Dismissal—Failure to File Brief.** Where plaintiff in error fails to file and serve brief in compliance with rule 7 (38 Okla. vi, 137 Pac. ix) of this court, the appeal will be dismissed.

(Syllabus by Collier, C.)

*Error from Superior Court, Oklahoma County;*
*Edward Dewes Oldfield, Judge.*

Action by the First National Bank of Independence, Kan., against G. W. Jordan. Judgment for plaintiff, and defendant brings error. Dismissed.

*M. E. Turner, A. F. Moss,* and *V. E. McInnis,* for plaintiff in error.

Opinion by COLLIER, C.   This is an appeal from a judgment rendered in the court below in favor of defendant in error in the sum of $6,658.64 and costs of this action.

Neither plaintiff in error nor defendant in error has filed brief in this case. Rule 7 of this court (38 Okla. vi, 137 Pac. ix) requires the filing of briefs within the time stated in said rule; and upon failure to so file briefs, this court may continue or dismiss the cause, or reverse or affirm the judgment, in its discretion.

It follows that the appeal should be dismissed.

By the Court:   It is so ordered.